AO 91 (Rev. 11/11) Criminal Complaint

FILED
JUL 29 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jair Gabriel ALDAMA-Aguilar<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. EP-25-M-4178-RFC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 27, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(i) and (a)(1)(B)(i) | knowing that a person is an alien, Intentionally brought to and attempted to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry, regardless of whether such alien has received prior official authorization to come to, enter, and reside in the United States. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT: Jair Gabriel ALDAMA-Aguilar

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At __1__ : __03__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

*Complainant's signature*

Cesar Ponce, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/29/2025

*Judge's signature*

City and state: El Paso, Texas

Robert F. Castaneda, U.S. Magistrate Judge
Printed name and title

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Jair Gabriel ALDAMA-Aguilar

PEPT# PEPT250701528

07/29/2025

FACTS    (CONTINUED)

On July 27, 2025, a Border Patrol Agent was operating a camera in the Clint Border Patrol Station Area of Responsibility after a sensor activation. The agent scanned the area of the sensor activation and observed five individuals scaling the international boundary fence. The camera operator notified agents in the area. Agents responded to the area and found footprints headed north from the international boundary fence. The agents followed the footprints while the camera operator helped guide them. The agents encountered five individuals attempting to conceal themselves by laying down in a cotton field located south of Island Road in Fabens, Texas, in the Western District of Texas. Agents approached the five individuals, identified themselves as Border Patrol, and questioned the individuals as to their citizenship and nationality. All five individuals admitted to being illegally present in the United States without the proper documents that would allow them to be or remain in the country legally. One of the individuals was later identified as Jair Gabriel ALDAMA-Aguilar, the DEFENDANT.

The DEFENDANT and the five other illegal aliens were placed under arrest and transported to the Clint Border Patrol Station for further processing and investigation.

In a post-Miranda statement, the DEFENDANT stated that he lives in Juarez, Mexico, and that he illegally entered the United States. The DEFENDANT stated that he was the foot guide for the group of illegal aliens he entered with today. The DEFENDANT stated that he agreed to illegally smuggle the group into the United States in exchange for having his smuggling fee waived. The DEFENDANT stated that a smuggling coordinator picked him up and took him to a stash house where he met up with the other illegal aliens. From there, he and the aliens walked to the border fence and waited for instructions on when to cross. The DEFENDANT stated that he knew the individuals he was helping were illegal aliens and he knew what he was doing is against the law. Border Patrol Agents were able to associate the DEFENDANT to a total of five alien smuggling events in the Clint Border Patrol area of responsibility.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been removed 1 time(s), the last one being to MEXICO on October 2, 2024, through PASO DEL NORTE, TX, BRIDGE

Criminal History:
NONE